**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REX S. GUNTHER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:26-CV-01544 RHH |
| UNKNOWN KEEFE, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of self-represented Plaintiff Rex Gunther's correspondence received by this Court on September 28, 2026, *see* ECF No. 1, which the Court construes as a civil rights Complaint under 42 U.S.C. § 1983. The Complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Plaintiff will be required to amend his Complaint on the Court-form within 30 days of the date of this Memorandum and Order.

Additionally, Plaintiff has neither paid the $405 filing fee nor filed an Application to Proceed in District Court Without Prepaying fees or Costs. Plaintiff must do one or the other within 30 days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Prisoner Civil Rights Complaint form and a copy of the Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit the Application to Proceed in District Court Without Prepaying Fees or Costs within 30 days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that Plaintiff must file an Amended Complaint on the Court-provided form within 30 days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 30th day of September, 2026.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE